IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02932-LTB

CHRISTOPHER DEGRANGE,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

## ORDER VACATING DISMISSAL

On February 24, 2014, the Court entered an Order of Dismissal (ECF No. 12) and Judgment (ECF No. 13) in the instant action. It has come to the Court's attention that on February 20, 2014, Applicant requested an extension of time to respond to the Order to Show Cause of January 15, 2014 (ECF No. 8). Therefore, the dismissal order and judgment will be vacated. Applicant will be allowed thirty days from the date of this order in which to respond to the January 15 show-cause order. Failure to do so within the time allowed will result in the dismissal of the instant action.

Accordingly, it is

ORDERED that the Order of Dismissal (ECF No. 12) and Judgment (ECF No. 13) entered on February 24, 2014, are vacated. It is

FURTHER ORDERED that the clerk of the Court return this action to the *pro se* docket. It is

FURTHER ORDERED that Applicant will be allowed **thirty (30) days from the date of this order** in which to respond to the Order to Show Cause of January 15, 2014 (ECF No. 8). It is

FURTHER ORDERED that failure to do so within the time allowed will result in the dismissal of the instant action.

DATED February 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court